SAMUEL T. SUDLOW et al., Respondents *v.* GEORGE W. MEAD, Appellant.

(Argued April 10, 1887; decided April 17, 1888.)

APPEALS from order of the General Term of the Supreme Court in the second judicial department, made December 17,

1886, affirming an order of Special Term, allowing the plaintiff leave to issue execution, etc.

*Sewall Sergeant* for appellant.

*R. M. Martin* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.